| | |
|---|---|
| J. TIMOTHY NARDELL (State Bar #184444)<br>NARDELL CHITSAZ & ASSOCIATES LLP<br>999 Fifth Avenue, Suite 230<br>San Rafael, California 94901<br>Telephone: (415) 306-5560<br>Facsimile: (415) 455-9482<br>Email: tim@ncalegal.com<br><br>Attorneys for Plaintiff/Counterclaim Defendant ELAINE INGHAM | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE INGHAM, individually,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ENVIRONMENT CELEBRATION INSTITUTE, a California Nonprofit; CAROLE ANN ROLLINS, individually; and JAMES EDDINGTON, individually,<br><br>　　　　　Defendants.<br>_____<br><br>ENVIRONMENT CELEBRATION INSTITUTE, a California Nonprofit; CAROLE ANN ROLLINS, individually; and JAMES EDDINGTON, individually,<br><br>　　　　　Counter-Complainants,<br><br>　vs.<br><br>ELAINE INGHAM, individually,<br><br>　　　　　Counter-Defendant. | Case No. 4:19-cv-00725-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**<u>AS MODIFIED</u>** |

Plaintiff/Counterclaim Defendant Elaine Ingham and Defendants/Counter-Complaints Environment Celebration Institute, Carol Ann Rollins, and James Eddington, by and through their respective counsel, hereby stipulate that Plaintiff/Counterclaim Defendant Elaine Ingham may file her First Amended Complaint for Damages and Injunctive Relief in the form attached as Exhibit A to the Declaration of J. Timothy Nardell In Support of Motion to File First Amended Complaint.

Further, Plaintiff/Counterclaim Defendant Elaine Ingham agrees to take her Motion to File First Amended Complaint off calendar when this stipulation is entered.

IT IS SO STIPULATED.

Dated: June 28, 2019        NARDELL CHITSAZ & ASSOCIATES LLP

By: /s/ J. Timothy Nardell
J. TIMOTHY NARDELL
Attorneys for Plaintiff/Counterclaim Defendant
ELAINE INGHAM

Dated: June 27, 2019        GREEN & GREEN LAW OFFICES

By: /s/ Philip R. Green
PHILIP R. GREEN
Attorneys for Defendants/Counter-Complainants
ENVIRONMENT CELEBRATION INSTITUTE,
CAROL ANN ROLLINS, AND
JAMES EDDINGTON

## **ORDER AS MODIFIED**

PURSUANT TO STIPULATION, the stipulation is GRANTED AS MODIFIED. Plaintiff's Motion for Leave to File the First Amended Complaint is TERMINATED as moot. Plaintiff shall file her first amended complaint within 7 days of this order.

IT IS SO ORDERED.

Dated: July 1, 2019

THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**
**4:19-CV-00725-KAW**